**FILED**

OCT 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, WAUSAU BUSINESS INSURANCE COMPANY, and WAUSAU UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br>v.<br><br>OAKDALE HEIGHTS MANAGEMENT CORPORATION, and NORTHSTAR SENIOR LIVING, INC.,<br><br>　　　　Defendants. | CASE NO. 2:10-CV-02006-JAM-KJN<br><br>[~~PROPOSED~~] ORDER AUTHORIZING WAUSAU TO SERVE SUMMONS AND COMPLAINT ON SECRETARY OF STATE ON BEHALF OF OAKDALE HEIGHTS MANAGEMENT CORPORATION |
| AND RELATED CROSS-ACTIONS | |

Selman Breitman LLP
ATTORNEYS AT LAW

1  The Court, having considered the application of
2  plaintiffs Employers Insurance Company of Wausau, Wausau
3  Business Insurance Company, and Wausau Underwriters
4  Insurance Company to serve the California Secretary of
5  State on behalf of Oakdale Heights Management
6  Corporation, and good cause appearing, **IT IS ORDERED**:

7  1.  That the California Secretary of State accept
8  service of plaintiffs' summons and complaint on behalf
9  of Oakdale Heights Management Corporation, which has
10 been doing business in the State of California but
11 presently has no designated Agent for Service nor any
12 officers or agents located in California, and

13 2.  That the California Secretary of State shall
14 promptly give notice to defendant Oakdale Heights
15 Management Corporation of the service of process of the
16 complaint against it by plaintiffs.

18 IT IS SO ORDERED:

21 Dated: 10-26-2010

Judge John A. Mendez
United States District Judge